IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RONALD BLAKE,<br>    Plaintiff,<br>v.<br>UNIVERSAL PROTECTION SERVICE, LLC a/k/a ALLIED UNIVERSAL SECURITY SERVICES a/k/a SECURITY FORCES, LLC, WELLS FARGO BANK ASSOCIATION, and JOHN DOE,<br>    Defendants. | No. 2:24-cv-02025-SHL-tmp |

**ORDER CONSTRUING AGREED ORDER AS A NOTICE OF DISMISSAL**

Before the Court is Plaintiff Ronald Blake and Defendant Universal Protection Service, LLC a/k/a Allied Universal Security Services a/k/a Security Forces, LLC's ("AUS") Agreed Order of Dismissal of Allied Universal Security. (ECF No. 17.) Even though these two Parties did not follow the correct protocol, the Court **CONSTRUES** their "agreed order" docket filing as a notice of dismissal of Blake's claims against AUS.

According to the Local Rules, a "motion itself must be filed through ECF and the proposed order or other document must be separately sent via e-mail to the presiding judge's ECF mailbox." LR 4.3. When parties want to dismiss a case or dismiss a party, "the parties shall promptly file either a notice of dismissal . . . or a stipulation of dismissal . . . [, and] the parties shall also submit in MS Word format a proposed Agreed Order of Dismissal to the ECF mailbox." LR 83.13(b).

Here, these two Parties filed an agreed order on CM/ECF (ECF No. 17), instead of emailing their proposed order to the ECF mailbox, and they never actually filed a notice of dismissal via CM/ECF. Instead of making the Parties file a notice on CM/ECF, the Court

**CONSTRUES** the agreed order as a notice of dismissal in which Blake voluntarily dismisses his claims against AUS without prejudice. In the future, the Parties are cautioned to follow all applicable Local Rules and Federal Rules of Civil Procedure so that this case can progress more smoothly towards its eventual resolution.

**IT IS SO ORDERED,** this 20th day of February, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE